# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| **TYQUON WILLIAMS** : | |
| : | **CIVIL ACTION NO.** |
| **Plaintiff** : | **3:22-CV-01125-JCH** |
| : | |
| **V.** : | |
| : | |
| **STATE OF CONNECTICUT,** : | |
| **DEPARTMENT OF** : | |
| **TRANSPORTATION, ET AL** : | **OCTOBER 30, 2023** |
| : | |
| **Defendants** : | |

## MOTION FOR EXTENSION OF TIME

The Plaintiff respectfully requests an extension of time/continuance of fourteen (14) days from November 1, 2023 to November 15, 2023 or to a date after November 30, 2023 at the court's discretion to appear/attend the oral argument for the Defendant's motion to dismiss currently scheduled for November 1, 2023.

Plaintiff's counsel has a jury trial in Connecticut Superior Court in the matter of Nicole Teixeira v. City of Bridgeport, FBT-CV-20-6095993-S, which jury trial is beginning on October 31, 2023 and will be continuing through at least November 3, 2023.

Defendant's counsel has been contacted and states that they have no objection to this instant motion for extension of time of the remote oral argument scheduled for November 1, 2023 but is not available, along with Plaintiff's counsel, for a date other than November 15, 2023 until after November 30, 2023.

For the foregoing reasons the Plaintiff requests that this instant request for extension of time to November 15, 2023 or to a date after November 30, 2023 at the court's discretion be granted.

THE PLAINTIFF

BY_____/s/_____
JOHN T. BOCHANIS ct 00138
Daly, Weihing & Bochanis
1776 North Avenue
Bridgeport, CT 06604
(203) 333-8500

## **CERTIFICATION**

This is to certify that on October 30, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____/s/_____
JOHN T. BOCHANIS