Civil- (Dec-2008)

**HONORABLE:** Janet C. Hall
**DEPUTY CLERK:** Christina Sichanh
**RPTR/ECRO/TAPE:** Terri Fidanza

**TOTAL TIME:** ___ hours  34 minutes
**DATE:** 11/1/2023   **START TIME:** 8:50am   **END TIME:** 9:24am
**LUNCH RECESS** FROM: ___ TO: ___
**RECESS (if more than ½ hr)** FROM: ___ TO: ___

**CIVIL NO.** 3:22-cv-01125-JCH

Williams
vs
Transportation et al

**Plaintiff's Counsel:** John T. Bochanis
**Defendant's Counsel:** Colleen B Valentine

## COURTROOM MINUTES- CIVIL

- [✓] Motion hearing
- [ ] Show Cause Hearing
- [ ] Evidentiary Hearing
- [ ] Judgment Debtor Exam
- [ ] Miscellaneous Hearing

| | # | Motion | granted | denied | advisement |
|---|---|---|---|---|---|
| [✓] | #36 | MOTION to Dismiss | [ ] | [ ] | [✓] |
| [✓] | #37 | MOTION to Dismiss | [ ] | [ ] | [✓] |

Oral Motion entries: (none checked)

Briefs(s) due ___   Proposed Findings due ___   Response due ___

Hearing continued until ___ at ___

Notes: